UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

LARRY JAMES TAYLOR,

    Plainitff,

v.                                       Case No. 3:18cv1722-TKW-HTC

OFFICER JONES and OFFICER SWANSON,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, and being otherwise fully advised, I agree with the magistrate judge that Plaintiff's complaint is due to be dismissed for failure to exhaust administrative remedies.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Defendants' motion to dismiss (Doc. 16) is **GRANTED**, and Plaintiff's complaint (Doc. 1) is **DISMISSED with prejudice**.

3. The Clerk shall **CLOSE** the case file.

**DONE and ORDERED** this 12th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**